

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2021

No. 04-21-00305-CR

Maurice Jerome **HOLMES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CRB000095D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." We, therefore, ORDER the trial court clerk to file a clerk's record within ten days from the date of this order containing the following documents:

1.    All pre-trial orders and the related pre-trial motions;

2.    The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.    The judgment;

4.    All post-judgment motions and orders;

5.    The notice of appeal;

6.    The Trial Court's Certification of Defendant's Right of Appeal; and

7.    The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2021.



_____
Michael A. Cruz,
Clerk of Court